/smc

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.:  10005281

MIKE MORAN,

    Plaintiff,

vs.

UNLIMITED ROOFING SERVICES, INC.,

    Defendant.

A TRUE COPY
FEB 03 2010
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, MIKE MORAN, by and through his undersigned counsel, and

sues Defendant, UNLIMITED ROOFING SERVICES, INC., and as grounds therefore would state

the following:

    1.    This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

    2.    At all times material hereto, the Plaintiff, MIKE MORAN, was and is a resident of

Broward County, Hollywood Beach, Florida and is sui juris.

    3.    At all times material hereto, Defendant, UNLIMITED ROOFING SERVICES, INC.,

was and is a Florida corporation authorized to and doing business in the State of Florida.

    4.    On or about April 28, 2009, Plaintiff entered into a contract with Defendant to

perform construction on the Plaintiff's commercial building's roof, including: removal of existing

roofing, flashing, and insulation, priming the concrete deck, and installation of new insulation,

flashing, and roofing. A copy of said contract is attached hereto and incorporated herein as Exhibit

"A".


EXHIBIT
B

### COUNT 1 - BREACH OF CONTRACT

Plaintiff, MIKE MORAN, hereby adopts and re-alleges paragraphs 1-4 above, and further alleges:

5.  On or about April 28, 2009, Plaintiff, entered into a contract with Defendant. See Exhibit "A" attached hereto and incorporated herein.

6.  During performance of the contract, Defendant, UNLIMITED ROOFING SERVICES, INC., did breach the contract by failing to perform its work in a good and workmanlike manner, including but not limited to failing to properly secure and or protect the structure from water during construction of the roof so as to cause there to occur damage to the interior dwelling, including damage to: ceiling insulation, acoustical ceiling tiles, carpeting, wall finishes, windows, wood flooring, mouldings, doors, light fixtures, ceiling fans, smoke detectors, speakers, office supplies, curtains, air conditioning ducts, and contents.

7.  During performance of the contract, Defendant, UNLIMITED ROOFING SERVICES, INC., did breach the contract by failing to perform its work in a good and workmanlike manner, including but not limited to allowing tar to drip on the sides and interior of the building causing damage to: ceiling insulation, acoustical ceiling tiles, carpeting, wall finishes, windows, wood flooring, mouldings, doors, light fixtures, ceiling fans, smoke detectors, speakers, office supplies, curtains, air conditioning ducts, and contents.

8.  During performance of the contract, Defendant, UNLIMITED ROOFING SERVICES, INC., did breach the contract by providing defective or faulty materials so as to cause there to occur water and tar related damage to the interior dwelling, including damage to: ceiling insulation, acoustical ceiling tiles, carpeting, wall finishes, windows, wood flooring, mouldings, doors, light fixtures, ceiling fans, smoke detectors, speakers, office supplies, curtains, air conditioning ducts, and contents.

9.     Plaintiff has been damaged as a result of Defendant's breach in the form of: necessary water extraction services, necessary repairs to the interior dwelling in order to restore the building to original pre-loss condition, a damaged commercial building roof, loss of personal property disruption of his business, interest, costs, and attorney's fees.

10.    To date, Plaintiff has incurred $1,835.65 in emergency water extraction services, $56,916.58 in repairs to the building, and $17,900.00 in contents damage.

11.    As a result of Defendant's breach of contract, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the undersigned attorney's services in bringing this action, plus necessary costs.

## COUNT II - NEGLIGENCE

Plaintiff hereby adopts and re-alleges paragraphs 1 through 11 above, and would further allege:

12.    This is an action for damages resulting from negligence, in excess of $15,000.00.

13.    Defendant at all times material hereto had a duty to perform its work under the contract in a manner and method so as not to cause damage to the building and personal property of the Defendant.

14.    Defendant breached that duty by performing sub-standard and defective construction, and by otherwise failing to perform its work in a good and workmanlike manner.

15.    As a direct and proximate result of the Defendant's negligence, the building and personal property of Defendant were damaged, including but not limited to damage to the interior of the building, ceiling insulation, acoustical ceiling tiles, carpeting, wall finishes, windows, wood flooring, mouldings, doors, light fixtures, ceiling fans, smoke detectors, speakers, office supplies, and air conditioning ducts.

16.     As a further result of Defendant's negligence, Plaintiff was required to expend funds for water extraction services, necessary repairs to the interior of the building to original pre-loss condition, and other expenditures.

WHEREFORE, Plaintiff, MIKE MORAN, demands judgment against Defendant for damages, taxable costs, and any such further relief as the Court deems necessary and just.

## DEMAND FOR JURY TRIAL

12.     Plaintiff hereby demands a trial by jury on all issues so triable as of right by a jury.

WHEREFORE, Plaintiff, MIKE MORAN, respectfully demands judgment against Defendant, UNLIMITED ROOFING SERVICES, INC., for a new roof, unpaid bills with interest on any overdue payments, compensatory damages, costs and interest, attorney's fees, and any and all such further relief as this Court deems just and proper.  Plaintiff further demands a trial by jury of all issues so triable by jury.

DATED this 3rd day of February, 2010.

LOUGHREN & DOYLE, P. A.
Attorneys for Plaintiff
506 Southeast 8th Street
Ft. Lauderdale, Florida 33316
Telephone:     (954) 525-6006
Facsimile:     (954) 525-8012


By: _____
RICHARD B. DOYLE, JR.
Florida Bar No.: 371440
FBN 129488



# Unlimited Roofing Services, Inc.

State License #CC-C036954
7845 NW 66th Street, #2 ♦ Miami, Florida 33166
Tel. (305) 418-8393 ♦ Fax (305) 418-8395
www.unlimitedroofing.com

Member: FRSA
(Florida Roofing
Contractors Assoc.)

Member: RCASF
(Roofing Contractors
Assoc. of South Florida)

## PROPOSAL - CONTRACT

DATE April 28, 2009

OWNER/
CONTRACTOR  Mr. Mike Moran

JOB
NAME  Office Building

ADDRESS  1201 South 21st. Avenue

ADDRESS  1201 South 21st. Avenue

CITY  Hollywood, Florida 33020

CITY  Hollywood, Florida 33020

FAX NO.:  954-926-7877

We are pleased to submit our proposal to complete the following work on the above captioned building.

1. Remove existing roofing, flashing, and insulation to concrete deck or smooth workable surface.
2. Prime concrete deck with asphalt primer as required.
3. Install 1" perlite insulation adhered to deck with hot asphalt.
4. Over insulation install 2 plies of type 4 glass felt into full moppings of hot asphalt.
5. Over ply felts install a Mineral Surfaced Cap Sheet in hot asphalt.
6. Install new base flashings, counter flashings, equipment and penetration flashings as required.
7. Raise 2 AC units and install on approved stands per Florida Bldg. Code. (see attached scope.)

Above work to be completed for the sum of $22,700.00. (Twenty Two Thousand, Seven Hundred Dollars,) Price includes required asbestos survey, Permit fees and job clean up.

Alternate No. 1 Provide manufacturers 10 Year NDL guarantee: Add $750.00 to base bid.

Alternate No. 2 Provide Manufacturers 20 Year NDL guarantee: Add $3800.00 to base bid

Note: Guarantees are transferable for a nominal fee, provided an inspection is made at time of transfer and all deficiencies corrected.

TERMS & CONDITIONS:
1) Unlimited Roofing Services, Inc. is not responsible for damage to shrubs, landscaping, sidewalks, drives and walks. This contract does not include the repair of uneven roof sheathing or rafters, electrical, plumbing, plastering, painting, air conditioning, A.C. supports, A.C. pitch pans or solar heaters unless stated above.
2) On all accounts over 30 days past billing date, interest will be charged at the rate of 2% monthly.
3) Job clean up is not included in this contract unless otherwise stated.
4) Due to frequent increases in both labor and material costs, all contract for over one month duration is subject to revision.
5) Upon acceptance, this proposal shall become a contract binding upon both the Owner/Contractor and Unlimited Roofing Services, Inc. and shall be construed according to the laws of the State of Florida and enforced in Miami-Dade County.
6) Unlimited Roofing Services, Inc. shall not be responsible for damages or delay, either before commencement of or during the said work described herein on account of transportation difficulties, priorities, strikes, accidents, war, acts of God (fire, sudden rains, storms, windstorms, hurricanes), other casualty or theft or other causes beyond Unlimited Roofing Services, Inc. control.

## Exhibit " A "



# Unlimited Roofing Services, Inc.

State License #CC-C036954
7845 NW 66th Street, #2 ♦ Miami, Florida 33166
Tel. (305) 418-8393 ♦ Fax (305) 418-8395
www.unlimitedroofing.com

Member: FRSA
(Florida Roofing
Contractors Assoc.)

Member: RCASF
(Roofing Contractors
Assoc. of South Florida)

## PROPOSAL - CONTRACT

7) It is mutually agreed that should the work be interrupted or delayed on account of factors beyond Unlimited Roofing Services, Inc. control for a period of thirty days, Unlimited Roofing Services, Inc., at his option, may bill the Owner/Contractor with the cost of all materials in place, the total of all labor used in application work and/or estimating the work and/or procuring the work, plus 35% of the sum total of above items to cover overhead and profit.

8) The Owner/Contractor shall underwrite in behalf of Unlimited Roofing Services, Inc. the cost of any damage to Unlimited Roofing Services, Inc. work caused by the Owner/Contractor, his agents and/or contractors or sub-contractors. And in the event of such damage, the same shall be repaired by Unlimited Roofing Services, Inc. and Owner/Contractor assumes total responsibility for all repair cost to include 35% of the total for overhead and profit. Owner/Contractor shall assume the risk of loss or damage resulting from fire, theft, misuse, wind, and flood or from any other cause to materials delivered upon the premises or installed by Unlimited Roofing Services, Inc. and Owner/Contractor shall reimburse Unlimited Roofing Services, Inc. upon demand for any such loss or damage.

9) It is Owner/Contractor's responsibility to provide a clean roof deck free of rubbish, chips, nails. If deck is concrete, the surface shall be smooth, firm and free from foreign matter. All decks shall be properly graded to outlets and formed so as to drain all water from roof. Walls and all elevations above roof where normal flashings are required shall be carried vertically at least twelve inches in order to provide adequate space for connections and flashings.

10) New construction and re-roofing contracts will have a one year guarantee, or as may be provided specifically in this proposal. In no event shall such a guarantee impose upon Unlimited Roofing Services, Inc. any liability for damages caused by fire, tornado, hail, hurricane or other extraordinary causes beyond Unlimited Roofing Services, Inc. control, nor for damage to the building upon orfin which such work is done.

11) This agreement may be cancelled either before or after commencement of the work by mutual agreement of both parties hereto and in such an event the Owner/Contractor shall settle with Unlimited Roofing Services, Inc. as provided in paragraph number seven (7).

12) The Owner/Contractor agrees to coordinate roof penetrations so as to not have any one penetration within twenty four inches of another penetration or wall of any kind. The use of uni-strut for roof support is hereby prohibited. Owner/Contractor shall provide only solid type roof supports capable of receiving a proper roof flashing.

13) Upon completion of installation, the Owner/Contractor shall immediately inspect Unlimited Roofing Services, Inc. work and issue a written acceptance and or punch list to Unlimited Roofing Services, Inc.

This bid may be withdrawn and/or revised in ___30___ days if not accepted. The undersigned Owner/Contractor accepts the above job at the price quoted and agrees to pay for said work as it progresses or as per agreed payment schedule specified herein. If any sums due are collected by suit or demand of an attorney or collection agency then the prevailing party shall pay all costs, including reasonable attorney's fee.

UNLIMITED ROOFING SERVICES, INC.

Accepted:

_____
(Signature)

**Manny Mendez, President**
*(Printed Name and Title)*

_____
(Signature)

_____
*(Printed Name and Title)*

Page 2 of 2

Motto: "The common law of business balance prohibits paying a little and getting a lot, it can't be done.
If you deal with the lowest bidder, it is well to add something for the risk you run.
And if you do that, you will have enough to pay for something better"